In re:                                                        Case No. 15-00601-JJT
McKinley Arrick                                              Chapter 13
Carolnette G. Arrick
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Jun 05, 2017
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2017.
db/jdb       +McKinley Arrick,   Carolnette G. Arrick,   2534 Allegheny Drive,   Blakeslee, PA 18610-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              J. Zac Christman   on behalf of Joint Debtor Carolnette G. Arrick jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              J. Zac Christman   on behalf of Debtor McKinley  Arrick jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              James  Warmbrodt   on behalf of Creditor   Deutsche Bank National Trust Company formerly known as
               Bankers Trust Company of California, N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-1
               bkgroup@kmllawgroup.com
              Matthew Christian Waldt   on behalf of Creditor   Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Matthew Christian Waldt   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing
               agent for Deutsche Bank National Trust Company formerly known as Bankers Trust Company of
               California, N.A., as Trustee for Long Beach Mortgage Loan Trust mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino   on behalf of Debtor McKinley  Arrick
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              Vincent  Rubino   on behalf of Joint Debtor Carolnette G. Arrick
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                    TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:  **McKINLEY ARRICK**, aka          :          Chapter 13
McKinley Arrick, Sr., and                     :          Case No. **5:15-bk-00601**
**CAROLNETTE G. ARRICK**, aka          :
Carolnette Geneva Arrick, aka            :
Carolnette Arrick,                                   :
                                         Debtors.     :

### ORDER GRANTING
### SECOND MOTION TO MODIFY CONFIRED PLAN

AND NOW, upon consideration of Debtors' Second Motion to Modify Confirmed Plan,

Debtors' Third Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest,

it is hereby **ORDERED** that the Debtors' Third Motion to Modify Confirmed Plan is

GRANTED.  It is further **ORDERED** that the amendments in the Second Amended Chapter 13

Plan filed in conjunction with Debtors' Second Motion to Modify Confirmed Plan are hereby

APPROVED.

Dated: June 5, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)