UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  CAROLNETTE G. ARRICK  
MCKINLEY ARRICK

Chapter 13  
Case Number: 15-00601

## WITHDRAWAL OF PROOF OF CLAIM

Creditor, American InfoSource LP as agent for Spot Loan, hereby withdraws its Proof of Claim, filed on 02/23/2015, marked as claim number 1 on the court's claims register, for the account number ending in 7488, and in the amount of $658.93.

Dated: 09/15/2017

/s/ Ashley Boswell

American InfoSource LP as agent for Spot Loan  
PO Box 248838  
Oklahoma City, OK  73124-8838

Reference Number: 5180230Withdraw

7488