UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MCKINLEY ARRICK
AKA: MCKINLEY ARRICK, SR.
CAROLNETTE G. ARRICK
AKA: CAROLNETTE GENEVA
ARRICK, AKA CAROLNETTE
ARRICK

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-15-00601-JJT

MCKINLEY ARRICK
AKA: MCKINLEY ARRICK, SR.
CAROLNETTE G. ARRICK
AKA: CAROLNETTE GENEVA
ARRICK, AKA CAROLNETTE
ARRICK

    Respondent(s)

## CERTIFICATION OF DEFAULT

    AND NOW on January 22, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

    As of January 22, 2018, the Debtor(s) is/are $1800.00 in arrears with a plan payment having last been made on Nov 24, 2017.

    In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 22, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MCKINLEY ARRICK
AKA: MCKINLEY ARRICK, SR.
CAROLNETTE G. ARRICK
AKA: CAROLNETTE
GENEVA ARRICK, AKA
CAROLNETTE ARRICK

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-15-00601-JJT

MCKINLEY ARRICK
AKA: MCKINLEY ARRICK, SR.
CAROLNETTE G. ARRICK
AKA: CAROLNETTE GENEVA
ARRICK, AKA CAROLNETTE
ARRICK

    Respondent(s)

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on January 22, 2018.

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511

MCKINLEY ARRICK
CAROLNETTE G. ARRICK
2534 ALLEGHENY DRIVE
BLAKESLEE, PA 18610

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 22, 2018