```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 15-00601-JJT
McKinley Arrick                                                 Chapter 13
Carolnette G. Arrick
      Debtors                   CERTIFICATE OF NOTICE

District/off: 0314-5          User: MMchugh              Page 1 of 3          Date Rcvd: Jan 23, 2018
                              Form ID: pdf010            Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2018.
db/jdb         +McKinley Arrick,    Carolnette G. Arrick,    2534 Allegheny Drive,    Blakeslee, PA 18610-2303
cr              American InfoSource LP as agent for Spot Loan fka,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
4606493        +ADVANCED COLLECTION SOL,    520 MAIN ST,    SUITE 202,    WALTHAM, MA 02452-5583
4606494        +ALBANY COUNTY CLERK,    32 N RUSSELL RD,    ALBANY, NY 12206-1321
4606496        +AMERICAN EXPRESS,   PO BOX 981537,    EL PASO, TX 79998-1537
4606497        +APOTHAKER & ASSOC,    C/O ARROW FINANCIAL,    520 FELLOWSHIP RD C306,
                 MOUNT LAUREL, NJ 08054-3410
4606500        +BENEFICIAL NJ,   PO BOX 740245,    ATLANTA, GA 30374-0245
4606501        +BERKHEIMER TAX ADMINISTRATOR,    ATTN. MELISSA RISSMILLER,     50 NORTH SEVENTH STREET,
                 BANGOR, PA 18013-1731
4606503        +CELENTANO STAUDTMAUR,    PO BOX 2594,    CLIFTON, NJ 07015-2594
4606505        +DEL-SER INC,   PO BOX 329,    WILLOW STREET, PA 17584-0329
4606506        +EASTERN ACCOUNT SYS I,    76 GLEN RD STE 110,    SANDY HOOK, CT 06482-1124
4606507        +ERIN CAPITAL MGT,    140 BROADWAY,    NEW YORK, NY 10005-1108
4606508       #+FIRST NATIONAL COLLECT,    610 WALTHAM WAY,    SPARKS, NV 89434-6695
4606509        +FLEXIBLE FINANCIAL CORP,    517 MILL STREET,    PECKVILLE, PA 18452-2413
4606510       #+HOSPITALS RECEIVABLES SYS,    900 MERCHANTS CONCOURSE,     SUITE 204,    WESTBURY, NY 11590-5114
4606512        +HSBC BANK,    PO BOX 9,    BUFFALO, NY 14240-0009
4606511        +HSBC BANK,    12447 SW 69TH AVE,    TIGARD, OR 97223-8517
4606514        +JAMES MUIRHEAD,    10 MAIN ST STE 430,    HACKENSACK, NJ 07601-7042
4606516        +LANE BRYANT RETAIL,    450 WINKS LANE,    BENSALEM, PA 19020-5943
4606517        +MERCHANTS CREDIT GUIDE CO,    223 W JACKSON BLVD,     CHICAGO, IL 60606-6914
4606520       ++++MPW CONSTRUCTION INC,    132 MEADOW DR,    EFFORT PA  18330-7727
                 (address filed with court: MPW CONSTRUCTION INC,     12 MEADOW DRIVE,    EFFORT, PA 18330)
4606523        +NYS DEPT OF TAXATION & FINANCE,    ATT: OFFICE OF COUNSEL,    BUILDING 9, W.A. HARRIMAN CAMPUS,
                 ALBANY NY 12227-0001
4614189         New York State Department of,    Taxation & Finance,    Bankruptcy Section,    PO Box 5300,
                 Albany NY 12205-0300
4606525        +PFEIFFER BRUNO,    PO BOX 468,    EASTON, PA 18044-0468
4608756        +PNC BANK, N.A.,   PO BOX 94982,    CLEVELAND, OH 44101-4982
4606527        +POCONO MED CENTER,    PO BOX 822009,    PHILADELPHIA, PA 19182-2009
4606529        +PP&L CUSTOMER SVCS,    827 HAUSMAN ROAD,    ALLENTOWN, PA 18104-9392
4606530        +SEARS/CITICARDS,    8725 W SAHARA AVE,    THE LAKES, NV 89163-0001
4606531        +SELECT PORTFOLIO SERVICING,    3815 S W TEMPLE ST STE 2000,    SALT LAKE CITY, UT 84115-4412
4606533        +SIERRA VIEW POA,    PO  BOX 349,    EFFORT, PA 18330-0349
4606534       ++SPOTLOAN,    PO BOX 927,    PALATINE IL 60078-0927
                 (address filed with court: SPOTLOAN,    PO BOX 720,    BELCOURT, ND 58316)
4606535        +STAR CASH,    PO BOX 111,    MIAMI, OK 74355-0111
4606536         STATE OF NJ DEPT OF LABOR,    & WORKFORCE DEVELOPMENT,    PO BOX 951,    TRENTON, NJ 08625-0951
4606537        +TARGET NATIONAL BANK,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
4606538         TEK-COLLECT,    PO BOX 26390,    COLUMBUS, OH 43226
4606539        +TRANS CONTINENTAL CREDIT,    PO BOX 5055,    WHITE PLAINS, NY 10602-5055
4606540        +TRANSWORLD SYSTEMS,    PO BOX 12103,    TRENTON, NJ 08650-2103
4606541        +VACATION CHARTER/CONCORD,    6560 SCOTTSDALE RD F105,    SCOTTSDALE, AZ 85253-4412
4606542        +VACATION CHARTERS LTD,    PO BOX 647,    LAKE HARMONY, PA 18624-0647
4606543        +WELCH GOLD & SIEGEL PC,    1240 LAWYERS BLDG,    428 FORBES AVE,    PITTSBURGH, PA 15219-1617
4606544        +WOOD LAW PC,    PO BOX 1187,    SANDY, UT 84091-1187

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4606495        +E-mail/Text: bkrpt@retrievalmasters.com Jan 23 2018 18:52:26      AMCA,    4 WESTCHESTER PLZ,
                 SUITE 110,    ELMSFORD, NY 10523-1615
4606498        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 23 2018 18:52:25      ASSET ACCEPTANCE,
                 PO BOX 2036,    WARREN, MI 48090-2036
4606499        +E-mail/Text: legal@arsnational.com Jan 23 2018 18:52:20      ASSOCIATED RECOVERY SYSTEMS,
                 PO BOX 469046,    ESCONDIDO, CA 92046-9046
4629747        +E-mail/Text: g20956@att.com Jan 23 2018 18:52:36      AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
4608267         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2018 18:59:10
                 American InfoSource LP as agent for,    Spot Loan,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
4606502        +E-mail/Text: bankruptcy@usecapital.com Jan 23 2018 18:52:42      CAPITAL ACCOUNTS,
                 2120 CRESTMOOR RD,    SUITE 3001,    NASHVILLE, TN 37215-2613
4606504        +E-mail/PDF: creditonebknotifications@resurgent.com Jan 23 2018 18:59:10      CREDIT ONE BANK,
                 PO BOX 98873,    LAS VEGAS, NV 89193-8873
4662612         E-mail/Text: jennifer.chacon@spservicing.com Jan 23 2018 18:52:41
                 Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
4606513         E-mail/Text: cio.bncmail@irs.gov Jan 23 2018 18:52:19      IRS CENTRAL INSOLVENCY,    PO BOX 7346,
                 PHILADELPHIA, PA 19101-7346
4606515         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 23 2018 18:52:31      JEFFERSON CAPITAL SYSTEMS,
                 16 MCLELAND ROAD,    ST. CLOUD, MN 56303
```

Case 5:15-bk-00601-JJT    Doc 62    Filed 01/25/18    Entered 01/26/18 00:47:54    Desc
                     Imaged Certificate of Notice    Page 1 of 4

```
District/off: 0314-5           User: MMchugh              Page 2 of 3                Date Rcvd: Jan 23, 2018
                               Form ID: pdf010            Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4606518        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2018 18:52:26      MIDLAND CREDIT MGT,
                 8875 AERO DR STE 200,    SAN DIEGO, CA 92123-2255
4606519        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2018 18:52:26      MIDLAND FUNDING,
                 8875 AERO DRIVE,    SUITE 200,    SAN DIEGO, CA 92123-2255
4606522        +E-mail/Text: Bankruptcies@nragroup.com Jan 23 2018 18:52:41      NATIONAL RECOVERY AGENCY,
                 2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
4606524        +E-mail/Text: blegal@phfa.org Jan 23 2018 18:52:27       PA HOUSING FINANCE AGENCY,
                 211 N FRONT STREET,    HARRISBURG, PA 17101-1406
4622174         E-mail/Text: blegal@phfa.org Jan 23 2018 18:52:27       PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
4606526        +E-mail/Text: bankruptcypgl@plaingreenloans.com Jan 23 2018 18:52:35        PLAIN GREEN LOANS,
                 PO BOX 270,    BOX ELDER, MT 59521-0270
4606528         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2018 18:59:10
                 PORTFOLIO RECOVERY ASSOC,    120 CORPORATE BLVD STE 100,    NORFOLK, VA 23502
4646439         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2018 18:52:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
4606532        +E-mail/Text: jennifer.chacon@spservicing.com Jan 23 2018 18:52:41
                 SELECT PORTFOLIO SERVICING,    ATTN: BANKRUPTCY DEPT,    PO BOX 65250,
                 SALT LAKE CITY, UT 84165-0250
4613928        +E-mail/Text: bncmail@w-legal.com Jan 23 2018 18:52:29       TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4606521       ##+NATIONAL PENN BANK,   PO BOX 547,   BOYERTOWN, PA 19512-0547
                                                                                           TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 2 Carolnette G. Arrick jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              J. Zac Christman    on behalf of Debtor 1 McKinley  Arrick jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              James Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company formerly known as
               Bankers Trust Company of California, N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-1
               bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor   Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Matthew Christian Waldt    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee for Long Beach Mortgage Loan Trust mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent Rubino   on behalf of Debtor 2 Carolnette G. Arrick    epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
          Vincent Rubino   on behalf of Debtor 1 McKinley Arrick    epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com

                                                                           TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **McKinley Arrick** <br> **aka McKinley Arrick, Sr.** <br> **Carolnette G. Arrick** <br> **aka Carolnette Geneva Arrick** <br> **aka Carolnette Arrick** <br>                        **Debtor(s)** <br><br> **Charles J DeHart, III (Trustee)** <br><br>     vs.                  **Movant(s)** <br><br> **McKinley Arrick** <br> **aka McKinley Arrick, Sr.** <br> **Carolnette G. Arrick** <br> **aka Carolnette Geneva Arrick** <br> **aka Carolnette Arrick** <br>                        **Respondent(s)** | Chapter: 13 <br><br> Case No.: 5:15-bk-00601-JJT |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: January 23, 2018

By the Court,

*[signature]*

John J. Thomas, Bankruptcy Judge    (RPR)